IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv170

| | | |
|---|---|---|
| SARAH MOORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ORGANON USA, INC., et al., | ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Motion to Stay [# 10]. The parties move to stay these proceedings pending a ruling from the Judicial Panel on Multidistrict Litigation as to whether the case should be transferred to the MDL Court in the Eastern District of Missouri. Upon a review of the pleadings, and for good cause shown, the Court **GRANTS** the motion [# 10]. The Court **STAYS** this case pending an order from the MDL Panel.

Signed: August 14, 2013

Dennis L. Howell
United States Magistrate Judge

-1-